IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DORA BRANDY                                                    PLAINTIFF

V                                         CIVIL ACTION NO: 4:08CV126-HTW-LRA

PIONEER INC. AUTOMOTIVE PRODUCTS                               DEFENDANT

### JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court on the request <u>ore tenus</u> of the plaintiff that the action be dismissed with prejudice and final judgment entered. Being advised and finding that all claims against the Defendant have been resolved through compromise settlement, the Court finds this action should be dismissed. It is therefore

ORDERED AND ADJUDGED that this case be, and is hereby, dismissed with prejudice. Each party shall bear her/its own costs (including attorney's fees).

SO ORDERED AND ADJUDGED, this the 23rd day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE

**AGREED:**

_____
Jonathan B. Fairbank (MSB #5119)
Attorney for Plaintiff

_____
Lee Thaggard (MSB #9442)
Attorney for Defendants

F:\MyFiles\WPDOCS\21535\Settlement documents\Judgment.wpd